UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

  v.

Joshua Richard Klein, in his individual and representative capacity as Trustee--Klein 1997 Trust;
Frank Jansen;
Linda Jansen; and Does 1-10,

    Defendants

Case: 2:14-CV-00880-JAM-DAD

**NOTICE OF DISMISSAL & ORDER THEREON**

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: 6/20/2014    /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE